UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 204
Wayne, NJ 07470
Tel: 973-686-3800
Fax: 973-686-3801
Counsel for Debtor-in-Possession
MILICA A. FATOVICH, ESQUIRE
ILISSA CHURGIN HOOK, ESQUIRE

Order Filed on March 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Fred A. Ordine, Jr.,

          Debtor-In-Possession.

Case No.:    16-21458(RG)

Chapter:    Hon. Rosemary Gambardella

Judge:    11

**ORDER AUTHORIZING RETENTION OF**
ERNEST P. DEMARCO & ASSOCIATES, LLC as Accountants,
nunc pro tunc to October 1, 2016

The relief set forth on the following page is **ORDERED**.

**DATED: March 8, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  ERNEST P. DEMARCO & ASSOCIATES, LLC as     Accountants for the Debtor-in-Possession    , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:    ERNEST P. DEMARCO & ASSOCIATES, LLC
   533 Lafayette Avenue
   Hawthorne, New Jersey 07506

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is October 1, 2016.

*rev.8/1/15*