UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 204
Wayne, NJ 07470
Tel: 973-686-3800
Fax: 973-686-3801
Counsel for Debtor-in-Possession
MILICA A. FATOVICH, ESQUIRE
ILISSA CHURGIN HOOK, ESQUIRE

Order Filed on March 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Fred A. Ordine, Jr.,
                    Debtor-In-Possession.

Case No.:    16-21458(RG)

Chapter:    Hon. Rosemary Gambardella

Judge:    11

**ORDER AUTHORIZING RETENTION OF**
ERNEST P. DEMARCO & ASSOCIATES, LLC as Accountants,
nunc pro tunc to October 1, 2016

The relief set forth on the following page is **ORDERED**.

**DATED: March 8, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ERNEST P. DEMARCO & ASSOCIATES, LLC as   Accountants for the Debtor-in-Possession  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   ERNEST P. DEMARCO & ASSOCIATES, LLC
    533 Lafayette Avenue
    Hawthorne, New Jersey 07506

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is October 1, 2016.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Fred A. Ordine, Jr.  
    Debtor

Case No. 16-21458-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2017  
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.  
db         +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148  
aty        +Hook & Fatovich. LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:

        Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Andrew R. Turner    on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net  
        Andrew R. Turner    on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net  
        Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
        Ilissa Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com  
        Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com  
        John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com  
        John J. Roberts    on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com  
        Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com  
        Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                TOTAL: 12