| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HOOK & FATOVICH, LLC<br>1044 Route 23 North, Suite 204<br>Wayne, New Jersey 07470<br>Tel.: 973.686.3800<br>Fax: 973.686.3801<br>Counsel for the Debtor-in-Possession<br>ILISSA CHURGIN HOOK, ESQ.<br>MILICA A. FATOVICH, ESQ. | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>MAR 31 2017<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____ DEPUTY |
| In Re:<br><br>FRED A. ORDINE, JR.,<br><br>                     Debtor-in-Possession. | Case No.:        16-21458-RG<br><br>Hearing Date:   March 28, 2017 at 10:00am<br><br>Judge:            Hon. Rosemary Gambardella<br><br>Chapter:                 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

_/s/ Rosemary Gambardella_
USBJ

3-31-17

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES * | EXPENSES |
|---|---|---|
| Hook & Fatovich, LLC   1st Interim Period: | $ 30,887.00 | $ 2,160.58 |

\* credit retainer received of $20,000.00 and costs of $1,717.00

*rev.8/1/15*

2