| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| HOOK & FATOVICH, LLC<br>1044 Route 23 North, Suite 204<br>Wayne, New Jersey 07470<br>Tel.: 973.686.3800<br>Fax: 973.686.3801<br>Counsel for the Debtor-in-Possession<br>ILISSA CHURGIN HOOK, ESQ.<br>MILICA A. FATOVICH, ESQ. | |
| In Re:<br><br>FRED A. ORDINE, JR.,<br><br>Debtor-in-Possession. | Case No.: 16-21458-RG<br>Hearing Date: March 28, 2017 at 10:00am<br>Judge: Hon. Rosemary Gambardella<br>Chapter: 11 |

**FILED**
JEANNE A. NAUGHTON, CLERK
MAR 31 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

_____
3-31-17    USBJ

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES * | EXPENSES |
|---|---|---|
| Hook & Fatovich, LLC | 1st Interim Period:    $ 30,887.00 | $ 2,160.58 |

\* Credit retainer received of $20,000.00 and costs of $1,717.00

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Fred A. Ordine, Jr.  
      Debtor

Case No. 16-21458-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 31, 2017  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.  
db          +Fred A. Ordine, Jr.,   33 Jenkins Road,   Hewitt, NJ 07421-1148  
aty         +Hook & Fatovich. LLC,   1044 Route 23 North,   Suite 204,   Wayne, NJ 07470-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:

         Andrew M. Lubin     on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
         Andrew R. Turner     on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net  
         Andrew R. Turner     on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net  
         Denise E. Carlon     on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         George M. Pangis     on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
         Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com  
         Jason Brett Schwartz     on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com  
         John J. Roberts     on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com  
         John J. Roberts     on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com  
         Milica A. Fatovich     on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com  
         Milica A. Fatovich     on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com  
         U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 12