Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−21458−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred A. Ordine Jr.
   33 Jenkins Road
   Hewitt, NJ 07421

Social Security No.:
   xxx−xx−7781

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/25/17 at 11:00 AM

to consider and act upon the following:

*6* − Notice of Hearing for: Status Conference (related document:1 Voluntary Petition (Chapter 11) filed by Debtor Fred A. Ordine). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 8/17/2016 at 02:00 PM at RG − Courtroom 3E, Newark. (slm)

Dated: 9/12/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court