# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−21458−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Fred A. Ordine Jr.
    33 Jenkins Road
    Hewitt, NJ 07421

Social Security No.:
    xxx−xx−7781

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/25/17 at 11:00 AM

to consider and act upon the following:

*6* − Notice of Hearing for: Status Conference (related document:1 Voluntary Petition (Chapter 11) filed by Debtor Fred A. Ordine). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 8/17/2016 at 02:00 PM at RG − Courtroom 3E, Newark. (slm)

Dated: 9/12/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Fred A. Ordine, Jr.  
    Debtor

Case No. 16-21458-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 1                   Date Rcvd: Sep 12, 2017
                              Form ID: ntchrgbk              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
```
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty            +Hook & Fatovich, LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
aty            +Ronald J. Nelson,    Washington Valley Office Park,    161 Washington Valley Rd, Suite 207,
                 Warren, NJ 07059-7177
acc            +Ernest P. DeMarco & Associates, LLC,    533 Lafayett Avenue,    Hawthorne, NJ 07506-2424
cr             +General Plumbing Supply, Inc.,    980 New Durham Road,    Edison, NJ 08817-2274
acc            +Zarrow, Mach, Kaplan & Kein P.A.,    22-08 Route 208 South,    Fairlawn, NJ 07410-2609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*           +Hook & Fatovich. LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew R. Turner    on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net
              Andrew R. Turner    on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Mediator    Anthony Sodono III Esq. asodono@trenklawfirm.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com
              John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
              John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@awffa.com
              Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 16
```