UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Counsel for the Debtor-in-Possession
ILISSA CHURGIN HOOK, ESQ.
MILICA A. FATOVICH, ESQ.



Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRED A. ORDINE, JR.,

                Debtor-in-Possession.

Case No.:  16-21458-RG

Hearing Date: September 12, 2017 at 10:00

Judge: Hon. Rosemary Gambardella

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Hook & Fatovich, LLC | 2nd Interim Period:  $ 5,810.00 | $ 82.78 |

*rev.8/1/15*