| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> THE PANGIS LAW FIRM, PLLC <br> 99 Church Street <br> 4th Floor <br> White Plains, NY 10601 <br> Tel: (914) 684-6095 <br> Fax: (914) 352-0186 <br> George M. Pangis, Esq. <br> *Attorneys for Defendant/Counterclaimant* |
| In Re: <br><br> Fred A. Ordine, Jr. <br><br> Debtor. |
| PRIORITY MECHANICAL, INC., <br><br> Plaintiff, <br><br> and RANDOLPH S. DANIEL, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> FRED A. ORDINE, JR., <br><br> Defendant/Counterclaimant. |

FILED
JEANNE A. NAUGHTON, CLERK
JAN 16 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Chapter 11

Case No.:    16-21458 (RG)

Adv. No.:    16-01712 (RG)

Hearing Date:    1-16-18

Judge:    Rosemary Gambardella

**ORDER APPROVING A SETTLEMENT PER FED. R. BANKR. P. 9019 BETWEEN FRED A. ORDINE, JR. AND PRIORITY MECHANICAL, INC. & RANDOLPH S. DANIEL**

The relief set forth on the following pages, numbered two (2) through two (2) hereby **ORDERED**.

1-16-18

/s/ Rosemary Gambardella
USBJ

Debtor: FRED A. ORDINE, JR.
Case No.: 16-21458 (RG)
Ad. Pro. No.: 16-01712 (RG)
Re: ORDER APPROVING A SETTLEMENT PER FED. R. BANKR. P. 9019 BETWEEN FRED A. ORDINE, JR. AND PRIORITY MECHANICAL, INC. & RANDOLPH S. DANIEL

**THIS MATTER**, came to the attention of the Court upon the Motion of the Debtor, Fred A. Ordine, Jr., seeking an Order Approving a Settlement Per. Fed. R. Bankr. P. 9019 between Fred A. Ordine, Jr. and Priority Mechanical, Inc. & Randolph S. Daniel. The Court, having considered the submissions before it, and any objections thereto; and due and proper notice of the Motion having been provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause exists to make the following, it is hereby

ORDERED that Pursuant to Federal Rule of Bankruptcy Procedure 9019 and Bankruptcy Code section 105(a), the Settlement Agreement attached to the Application as **Exhibit A** is hereby approved as if set forth at length herein and on the terms set forth herein; and it further

ORDERED that within seven (7) days after the date of the entry of this Order, the Debtor shall serve all creditors and interested parties who appeared on said Motion with a copy of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.