| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>THE PANGIS LAW FIRM, PLLC<br>99 Church Street<br>4th Floor<br>White Plains, NY 10601<br>Tel: (914) 684-6095<br>Fax: (914) 352-0186<br>George M. Pangis, Esq.<br>*Attorneys for Defendant/Counterclaimant* | |
| In Re:<br><br>Fred A. Ordine, Jr.<br><br>       Debtor. | |
| PRIORITY MECHANICAL, INC.,<br><br>      Plaintiff,<br><br>and RANDOLPH S. DANIEL,<br><br>     Plaintiff/Counter-Defendant,<br><br>v.<br><br>FRED A. ORDINE, JR.,<br><br>     Defendant/Counterclaimant. | |

FILED
JEANNE A. NAUGHTON, CLERK
JAN 16 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

Chapter 11

Case No.:    16-21458 (RG)

Adv. No.:    16-01712 (RG)

Hearing Date:  1-16-18

Judge:  Rosemary Gambardella

**ORDER APPROVING A SETTLEMENT PER FED. R. BANKR. P. 9019 BETWEEN FRED A. ORDINE, JR. AND PRIORITY MECHANICAL, INC. & RANDOLPH S. DANIEL**

  The relief set forth on the following pages, numbered two (2) through two (2) hereby **ORDERED**.

1-16-18

_/s/ Rosemary Gambardella_
USBJ

Debtor: FRED A. ORDINE, JR.
Case No.: 16-21458 (RG)
Ad. Pro. No.: 16-01712 (RG)
Re: **ORDER APPROVING A SETTLEMENT PER FED. R. BANKR. P. 9019 BETWEEN FRED A. ORDINE, JR. AND PRIORITY MECHANICAL, INC. & RANDOLPH S. DANIEL**

**THIS MATTER**, came to the attention of the Court upon the Motion of the Debtor, Fred A. Ordine, Jr., seeking an Order Approving a Settlement Per. Fed. R. Bankr. P. 9019 between Fred A. Ordine, Jr. and Priority Mechanical, Inc. & Randolph S. Daniel. The Court, having considered the submissions before it, and any objections thereto; and due and proper notice of the Motion having been provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause exists to make the following, it is hereby

ORDERED that Pursuant to Federal Rule of Bankruptcy Procedure 9019 and Bankruptcy Code section 105(a), the Settlement Agreement attached to the Application as **Exhibit A** is hereby approved as if set forth at length herein and on the terms set forth herein; and it further

ORDERED that within seven (7) days after the date of the entry of this Order, the Debtor shall serve all creditors and interested parties who appeared on said Motion with a copy of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-21458-RG
Fred A. Ordine, Jr.                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Jan 16, 2018
                             Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty            +Hook & Fatovich. LLC,   1044 Route 23 North,    Suite 204,   Wayne, NJ 07470-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew R. Turner    on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net
              Andrew R. Turner    on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Mediator    Anthony Sodono III Esq. asodono@trenklawfirm.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@awffa.com
              John J. Roberts    on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com
              John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
              Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 17