UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax.:973.686.3801
Ilissa Churgin Hook, Esq.
Milica A. Fatovich, Esq.
Counsel for Debtor-in-Possession

Order Filed on February 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Fred A. Ordine, Jr.,

    Debtor-in-Possession.

Case No.:    16-21458-RG

Chapter:   11

Judge:   Hon. Rosemary Gamba

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 27, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been opened to the Court by  the Debtor-in-Possession herein  , Plan Proponent, through counsel,   Hook & Fatovich, LLC  , upon the filing of an Individual Debtor's Combined Plan of Liquidation and Disclosure Statement dated February 23, 2018 under Chapter 11 of the United States Bankruptcy Code, it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated   February 23, 2018   and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C.   March 27, 2018   is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D.   March 27, 2018   is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E. A hearing shall be held on   April 3, 2018   at   11:00 a.m.   (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable   Rosemary Gambardella  , United States Bankruptcy Court, District of New Jersey,  50 Walnut Street, Newark, New Jersey, in Courtroom    3E   .

*rev.10/1/15*