UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax.:973.686.3801
Ilissa Churgin Hook, Esq.
Milica A. Fatovich, Esq.
Counsel for Debtor-in-Possession

**Order Filed on February 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 16-21458-RG |
|---|---|---|
| Fred A. Ordine, Jr., | Chapter: | 11 |
| Debtor-in-Possession. | Judge: | Hon. Rosemary Gamba |

## ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 27, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been opened to the Court by ___the Debtor-in-Possession herein___ ,

Plan Proponent, through counsel, _____Hook & Fatovich, LLC_____ , upon the filing of

an Individual Debtor's Combined Plan of Liquidation and Disclosure Statement dated February

23, 2018 under Chapter 11 of the United States Bankruptcy Code, it is

    **ORDERED**, and notice is hereby given, that:

A.    The Disclosure Statement dated _____February 23, 2018_____ and filed by the
Debtor is conditionally approved.

B.    Within two (2) days after the entry of this Order, the Plan, the Disclosure
Statement and a ballot conforming to Official Form 14 shall be mailed to creditors,
equity security holders, and other parties in interest, and shall be transmitted to the
United States Trustee.

C.    _____March 27, 2018_____ is fixed as the last day for filing and serving
written objections to the Disclosure Statement and confirmation of the Plan.

D.    _____March 27, 2018_____ is fixed as the last day for filing written
acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E.    A hearing shall be held on _____April 3, 2018_____ at __11:00 a.m.__
(a date within 45 days of the filing of the Plan) for final approval of the Disclosure
Statement (if a written objection has been timely filed) and for confirmation of the
Plan before the Honorable ____Rosemary Gambardella___ , United States
Bankruptcy Court, District of New Jersey, _50 Walnut Street, Newark, New Jersey_ ,
in Courtroom ____3E____ .

*rev.10/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-21458-RG
Fred A. Ordine, Jr.                                                 Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 1          Date Rcvd: Feb 27, 2018
                             Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db          +Fred A. Ordine, Jr.,   33 Jenkins Road,   Hewitt, NJ 07421-1148
aty         +Hook & Fatovich, LLC,   1044 Route 23 North,   Suite 204,   Wayne, NJ 07470-6685
aty         +Ronald J. Nelson,   Washington Valley Office Park,   161 Washington Valley Rd, Suite 207,
              Warren, NJ 07059-7177
acc         +Ernest P. DeMarco & Associates, LLC,   533 Lafayett Avenue,   Hawthorne, NJ 07506-2424
cr          +General Plumbing Supply, Inc.,   980 New Durham Road,   Edison, NJ 08817-2274
acc         +Zarrow, Mach, Kaplan & Kein P.A.,   22-08 Route 208 South,   Fairlawn, NJ 07410-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: rjnelsonesq@verizon.net Feb 27 2018 21:38:28      Ronald J. Nelson,
              Washington Valley Office Park,   161 Washington Valley Rd, Suite 207,   Warren, NJ 07059-7177
                                                                                       TOTAL: 1


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Hook & Fatovich. LLC,   1044 Route 23 North,   Suite 204,   Wayne, NJ 07470-6685
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor   Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
            alubin@milsteadlaw.com
          Andrew R. Turner    on behalf of Creditor   Crosstown Plumbing courts@turnerlaw.net
          Andrew R. Turner    on behalf of Creditor   General Plumbing Supply, Inc. courts@turnerlaw.net
          Anthony Sodono, III    on behalf of Mediator   Anthony Sodono III Esq. asodono@trenklawfirm.com
          Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
            sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
            sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
            sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
            fyablonsky@hookandfatovich.com
          Ilissa  Churgin Hook    on behalf of Attorney   Hook & Fatovich, LLC ihook@hookandfatovich.com,
            fyablonsky@hookandfatovich.com
          Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
            jschwartz@mesterschwartz.com
          John J. Roberts    on behalf of Plaintiff   Priority Mechanical Inc. roberts@af-lawfirm.com
          John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
          John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com
          Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
            fyablonsky@hookandfatovich.com
          Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
            fyablonsky@hookandfatovich.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 17