Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−21458−RG
                        Chapter:  11
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred A. Ordine Jr.
   33 Jenkins Road
   Hewitt, NJ 07421

Social Security No.:
   xxx−xx−7781

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     4/17/18
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Ernest P. DeMarco & Associates, LLC, Accountant,

COMMISSION OR FEES
$6,735.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 19, 2018
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 16-21458-RG
Fred A. Ordine, Jr.                                                       Chapter 11
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 3                  Date Rcvd: Mar 19, 2018
                             Form ID: 137                 Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty            +Hook & Fatovich, LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
aty            +Ronald J. Nelson,    Washington Valley Office Park,     161 Washington Valley Rd, Suite 207,
                 Warren, NJ 07059-7177
acc            +Ernest P. DeMarco & Associates, LLC,     533 Lafayett Avenue,    Hawthorne, NJ 07506-2424
cr             +General Plumbing Supply, Inc.,    980 New Durham Road,     Edison, NJ 08817-2274
acc            +Zarrow, Mach, Kaplan & Kein P.A.,    22-08 Route 208 South,     Fairlawn, NJ 07410-2609
516230805      +ADE Systems,    2500 Main St. Ext.,    Sayreville, NJ 08872-1473
516230806      +ADT,   C/o Transworld Systems, Inc.,     802 East Martintown Road, Ste 201,
                 North Augusta, SC 29841-5352
516230807      +AGL Welding,    600 Route 46,    Clifton, NJ 07013-1598
516230804      +Aaron & Company,    1 Union Avenue,    Brielle, NJ 08730-1811
516230808      +All City Metal,    54-35 46th St,,    Maspeth, NY 11378-1035
516347237       American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516323378       American Express Centurion Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516230809      +American Industrial Supply Corporation,     C/o McOmber & McOmber, PC,
                 Attn. Christian v. McOmber, Esq.,     54 Shrewsbury Ave,    Tinton Falls, NJ 07701-1176
516230810      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516230811      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516230813      +CE Northeast,    241 Clinton Road,    West Caldwell, NJ 07006-6603
516230814      +Charles F Connolly,    241 Clinton Road,    Caldwell, NJ 07006-6603
516230815      +Crosstown Plumbing Supply Inc.,     C/o Turner Law Firm, LLC,    76 South Orange Ave,
                 P.O. Box 526,    South Orange, NJ 07079-0526
516230816       DASCO,    99 E 5th Street,    Paterson, NJ 07524
516230817      +Desire Reding,    36 Our Lane,    Murphy, NC 28906-3918
516230818      +Dolan Traynor,    32 Riverview Dr,,    Wayne, NJ 07470-3102
516230821     ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,     Po Box 62180,    Colorado Springs, CO 80962)
516230819      +Ferguson Enterprises,    PO Box 2778,    12500 Jefferson Avenue,    Newport News, VA 23602-4314
516230823      +General Plumbing Supply Inc.,    C/o Turner Law Firm LLC,     76 South Orange Ave,   P.O. Box 526,
                 South Orange, NJ 07079-0526
516230826      +HVAC Wholesale Direct,    2655 Ulmerton Rd, Ste #221,     Clearwater, FL 33762-3337
516253223      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516230827      +Lucy Peak,    3333 East Dorchester Drive,    Palm Harbor, FL 34684-2357
516230831      +MWSK Equipment,    350 7th Ave. Suite 1501,    New York, NY 10001-1935
516230828      +Midtown Lumber,    276 W 25th St,    New York, NY 10001-7383
516230829      +Montclair Supply,    99 Maple Ave,    Montclair, NJ 07042-4503
516230830      +Muller & Muller,    Attorneys At Law,    15 West Main Street,    P.O. Box 164,
                 Bergenfield, NJ 07621-0164
516230833      +Nutley Heating and Cooling Supply Compan,     50 Page Road,    Clifton, NJ 07012-1421
516230834      +Palace Plumbing & Heating Supply,    13 W 24th St,,     New York, NY 10010-3208
516230835      +Pompton Plumbing and Heating Supply,     11 Hamburg Turnpike,    Riverdale, NJ 07457-1111
516230836      +Prime Building and Maintenance Supply,     436 Ferry St,    Newark, NJ 07105-3929
516230837      +Priority Mechanical,    C/o Lynn Muller, Esq.,    Muller & Muller,    15 West Main Street,
                 Bergenfield, NJ 07621-2130
516449914      +Priority Mechanical, Inc.,    c/o John Roberts, Esq.,     Arseneault & Fassett, LLP,
                 560 Main Street,    Chatham, NJ 07928-2119
516258689      +Professional Solutions Financial Services,     14001 University Ave,    Clive, IA 50325-8258
516230840       REMITCO Card Services,    Lock Box 913337,    2070 Cabot Blvd West,    Langhorne, PA 19047
516230838      +Randolph Daniel,    C/o Spector & Ehrenworth, P.C.,     30 Columbia Tpke, Ste. 202,
                 Florham Park, NJ 07932-2253
516449913      +Randolph S. Daniel,    c/o John Roberts, Esq.,    Arseneault & Fassett, LLP,    560 Main Street,
                 Chatham, NJ 07928-2119
516230841       Sid Harvey Industries,    319 Richard Mine Rd,    Wharton, NJ 07885
516230842      +TD Auto Finance LLC,    27777 Inkster Road,    Farmington, MI 48334-5326
516230843      +TD Auto Financial,    Td Auto Finance,    Po Box 551080,    Jacksonville, FL 32255-1080
516230844      +W.A. Birdsall & Co.,    C/o Ronald J. Nelson, Esq., P.C.,     Washington Valley Office Park,
                 161 Washington Valley Road, Ste 207,    Warren, NJ 07059-7177
516230848      +WEX Inc,   Corporate Office,    225 Gorham Road,    South Portland, ME 04106-2408
516230845      +Wallington Plumbing Supply,    116 Wallington Ave,     Wallington, NJ 07057-1193
516358335       Wells Fargo Bank, N.A.,    Default Document Processing,     N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
516230846      +Wells Fargo Home Mtg,    Written Correspondence Resolutions,     Mac#X2302-04e Po Box 10335,
                 Des Moines, IA 50306-0335
516230847      +West Side Plumbing Supply Co I,    C/o Turner Law Firm, LLC,     76 South Orange Ave,
                 P.O. Box 526,    South Orange, NJ 07079-0526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: rjnelsonesq@verizon.net Mar 19 2018 22:51:42      Ronald J. Nelson,
                 Washington Valley Office Park,    161 Washington Valley Rd, Suite 207,    Warren, NJ 07059-7177
smg             E-mail/Text: cio.bncmail@irs.gov Mar 19 2018 22:51:10      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
```

```
District/off: 0312-2          User: admin              Page 2 of 3             Date Rcvd: Mar 19, 2018
                              Form ID: 137             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 22:51:21      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 22:51:20     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516230803       +E-mail/Text: jstoner@aosmith.com Mar 19 2018 22:51:19      A O Smith,    Corporate Headquarters,
                   11270 West Park Place, Suite 170,    P. O. Box 245008,    Milwaukee, WI 53224-9508
516241554       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2018 22:53:36
                   BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 201347,
                   Arlington, TX 76006-1347
516339123        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 19 2018 22:53:49
                   BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
516230812        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 19 2018 22:53:24      Bmw Financial Services,
                   Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
516230820        E-mail/Text: fnb.bk@fnfg.com Mar 19 2018 22:51:28      First Niagara Bank,    6950 S Transit Rd,
                   Lockport, NY 14094
516230822        E-mail/Text: kmorgan@morganlaw.com Mar 19 2018 22:51:34      Ford Motor Credit Company,
                   C/o Morgan, Bornstein & Morgan,    1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3269
516230824       +E-mail/Text: scd_bankruptcynotices@grainger.com Mar 19 2018 22:51:21      Grainger,
                   277 Route 46,    Fairfield, NJ 07004-2415
516230825       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 19 2018 22:51:33      Harley Davidson Financial,
                   Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
516230832       +E-mail/Text: jquick@ncmic.com Mar 19 2018 22:51:16      NCMIC Finance Corporation,
                   14001 University Ave,    Clive, IA 50325-8273
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516230839          Randolph Daniel
aty*            +Hook & Fatovich. LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
516246294*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company LLC,     Dept. 55953,    P O Box 55000,
                   Detroit MI, 48255-0953)
516253226*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516346409*      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516239429*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew R. Turner    on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net
              Andrew R. Turner    on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Mediator    Anthony Sodono III Esq. asodono@trenklawfirm.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Mar 19, 2018
                              Form ID: 137             Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com

        Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com

        Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com

        John J. Roberts    on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com

        John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com

        John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com

        Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com

        Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 17