| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 217266<br>Attorneys for Secured Creditor: Wells Fargo Bank, N.A. |
| In Re:<br><br>Fred A. Ordine, Jr. |

Case No.: 16-21458-RG
Chapter 11

**Hearing Date: April 3, 2018**
**Time: 11:00 am**

Judge: Rosemary Gambardella

## OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

Wells Fargo Bank, N.A. ("Secured Creditor"), by and through its counsel, Andrew M.

Lubin, Esquire, of MILSTEAD & ASSOCIATES, LLC, as and for an Objection to Confirmation

of debtors' Chapter 11 Plan, states the following grounds therefore:

1.      On June 13, 2016, Debtor, Fred A. Ordine, Jr. filed a petition pursuant to Chapter

11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of

New Jersey.

2.      Wells Fargo Bank, N.A., is the holder of a first mortgage on real property owned

by the Debtor, Fred A. Ordine, Jr. known as and located at 33 Jenkins Road, Hewitt, NJ 07421

(the "Property").

3.      Secured Creditor has filed its Proof of Claim in this matter on August 25, 2016

and at claim number 13-1.

4.      As set forth in the aforementioned proof of claim, as of the date of the filing of the

instant Chapter 11 petition, total arrears due to Secured Creditor through the Plan are $3,920.61

with a secured claim amount of $321,535.68.

5.      Debtor's Chapter 11 Plan does not provide for a cure of arrears to Secured

Creditor within the Chapter 11 Plan.

6.      Secured Creditor objects to the Debtor's Chapter 11 Plan as same does not

propose to cure the entire pre-petition delinquency due to Secured Creditor and thus the Plan is

not feasible as filed.

WHEREFORE, Secured Creditor respectfully requests that the Court deny confirmation

of the Chapter 11 Plan for the reasons hereinabove set forth unless modified to provide for

payment of pre-petition arrears in full, as set forth above, due to Secured Creditor, and for such

other and further relief as to the Court may seem just and proper..


                                                    Respectfully submitted,
                                                    MILSTEAD & ASSOCIATES, LLC

DATED: March 27, 2018


                                                    /s/Andrew M. Lubin
                                                    Andrew M. Lubin, Esquire
                                                    Attorney ID No. AL0814
                                                    1 East Stow Road
                                                    Marlton, NJ 08053
                                                    (856) 482-1400
                                                    Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin    Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 217266
Attorneys for Secured Creditor: Wells Fargo Bank, N.A.

In Re:

Fred A. Ordine, Jr.

Case No.: 16-21458-RG
Chapter 11

**Hearing Date: April 3, 2018**
**Time: 11:00 am**

Judge: Rosemary Gambardella

**CERTIFICATION OF SERVICE**

1.  I, <u>Andrew M. Lubin, Esquire</u>:

☒ represent the <u>Secured Creditor</u> in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the

_____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On **March 27, 2018**, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

| Objection of Secured Creditor to Confirmation of Chapter 11 Plan |
| --- |

3.      I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.

Dated: March 27, 2018                                    /s/Andrew M. Lubin

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center Ste. 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ilissa Churgin Hook<br>Hook & Fatovich, LLC<br>1044 Route 23 North<br>Suite 204<br>Wayne, NJ 07470 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Fred A. Ordine, Jr.<br>33 Jenkins Road<br>Hewitt, NJ 07421 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.