| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08018<br>(215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Harley-Davidson Credit Corp | Order Filed on May 29, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Fred A. Ordine,<br><br>Debtor. | Case No.: 16-21458 RG<br>Adv. No.:<br>Hearing Date: 5/22/18 @ 11:00 A.M.<br><br>Judge: Rosemary Gambardella |

### ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION AND VOTING IN FAVOR OF CHAPTER 11 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 29, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Document    Page 2 of 2

Page 2
Debtor:     Fred A. Ordine
Case No.:   16-21458 RG
Caption:    **ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION AND VOTING IN FAVOR OF CHAPTER 11 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Harley-Davidson Credit Corp, the holder of a lien on Debtor's vehicle, a 2012 HARLEY-DAVIDSON FLTRX ROAD GLIDE CUSTOM , VIN: 1HD1KHM14CB691394 (hereinafter "subject property"), Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for the Secured Creditor and Milica Fatovich, Esq., attorney for Debtor, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the Debtor is surrendering the subject property in full satisfaction of Secured Creditor's claim; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor is an impaired class due to Debtor's surrender of the subject property in full satisfaction of Secured Creditor's claim; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Debtor hereby surrenders the subject vehicle; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that Stay Relief is effective as of April 27, 2018; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor's objection to confirmation is hereby resolved; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor, as the impaired Class 4 Creditor, votes in favor of the Debtor's Chapter 11 Plan.