| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08018<br>(215) 627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Harley-Davidson Credit Corp | **Order Filed on May 29, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Fred A. Ordine,<br><br>Debtor. | Case No.: 16-21458 RG<br>Adv. No.:<br>Hearing Date: 5/22/18 @ 11:00 A.M.<br><br>Judge: Rosemary Gambardella |

### ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION AND VOTING IN FAVOR OF CHAPTER 11 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 29, 2018**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Page 2
Debtor:       Fred A. Ordine
Case No.:     16-21458 RG
Caption:      **ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION AND VOTING IN FAVOR OF CHAPTER 11 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Harley-Davidson Credit Corp, the holder of a lien on Debtor's vehicle, a 2012 HARLEY-DAVIDSON FLTRX ROAD GLIDE CUSTOM , VIN: 1HD1KHM14CB691394 (hereinafter "subject property"), Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for the Secured Creditor and Milica Fatovich, Esq., attorney for Debtor, and for good cause having been shown;

It is **ORDERED, ADJUDGED and DECREED** that the Debtor is surrendering the subject property in full satisfaction of Secured Creditor's claim; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor is an impaired class due to Debtor's surrender of the subject property in full satisfaction of Secured Creditor's claim; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Debtor hereby surrenders the subject vehicle; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that Stay Relief is effective as of April 27, 2018; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor's objection to confirmation is hereby resolved; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that the Secured Creditor, as the impaired Class 4 Creditor, votes in favor of the Debtor's Chapter 11 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-21458-RG
Fred A. Ordine, Jr.                                                     Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1               Date Rcvd: May 30, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty            +Hook & Fatovich. LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
              Andrew R. Turner    on behalf of Creditor   Crosstown Plumbing courts@turnerlaw.net
              Andrew R. Turner    on behalf of Creditor   General Plumbing Supply, Inc. courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Mediator   Anthony Sodono III Esq. asodono@trenklawfirm.com
              Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com
              John J. Roberts    on behalf of Plaintiff   Priority Mechanical Inc. roberts@af-lawfirm.com
              John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
              Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 17