Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–21458–RG
Chapter:  11
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred A. Ordine Jr.
   33 Jenkins Road
   Hewitt, NJ 07421

Social Security No.:
   xxx–xx–7781

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

       Please be advised that on September 24, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 163 – 110
Order (i) Reclassifying and Setting Amount of Claim No. 17 Held by General Plumbing Supply, Inc. And (ii) Determining That General Plumbing Supply, Inc. Votes in Favor Of The Debtor's Chapter 11 Plan (related document:110 Individual Chapter 11 Combined Plan and Disclosure Statement Filed by Ilissa Churgin Hook on behalf of Fred A. Ordine Jr.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Churgin Hook, Ilissa) filed by Debtor Fred A. Ordine). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/24/2018. (car)

       Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 24, 2018
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-21458-RG
Fred A. Ordine, Jr.                                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Sep 24, 2018
                             Form ID: orderntc      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db          +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty         +Hook & Fatovich, LLC,    1044 Route 23 North,    Suite 204,   Wayne, NJ 07470-6685
acc         +Ernest P. DeMarco & Associates, LLC,    533 Lafayett Avenue,   Hawthorne, NJ 07506-2424
cr          +General Plumbing Supply, Inc.,    980 New Durham Road,   Edison, NJ 08817-2274
cr          +Stefan Cutrupi,    52 Manchester Road,    Eastchester, NY 10709-1306
acc         #+Zarrow, Mach, Kaplan & Kein P.A.,    22-08 Route 208 South,   Fairlawn, NJ 07410-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: rjnelsonesq@verizon.net Sep 25 2018 00:19:49     Ronald J. Nelson,
               Washington Valley Office Park,    161 Washington Valley Rd, Suite 207,    Warren, NJ 07059-7177
                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Hook & Fatovich. LLC,    1044 Route 23 North,    Suite 204,   Wayne, NJ 07470-6685
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                           Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
        Andrew R. Turner    on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net
        Andrew R. Turner    on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net
        Anthony Sodono, III    on behalf of Mediator    Anthony Sodono III Esq. asodono@trenklawfirm.com
        Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
        George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
        George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
        Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
          fyablonsky@hookandfatovich.com
        Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
          fyablonsky@hookandfatovich.com
        Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
          jschwartz@mesterschwartz.com
        John J. Roberts    on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com
        John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
        John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com
        Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
          fyablonsky@hookandfatovich.com
        Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
          fyablonsky@hookandfatovich.com
        Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
          fyablonsky@hookandfatovich.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 18