HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Counsel for Debtor-in-Possession
ILISSA CHURGIN HOOK, ESQ.
MILICA A. FATOVICH, ESQ.

**FILED**
JEANNE A. NAUGHTON, CLERK

SEP 24 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _C. Richards_ DEPUTY

| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY CHAPTER 11 |
|---|---|
| In re:<br><br>Fred A. Ordine Jr.,<br><br>Debtor-in-Possession. | Case No.: 16-21458-RG<br><br>Hon. Rosemary Gambardella, U.S.B.J.<br><br>Hearing Date: August 14, 2018 at 11:00 a.m. |

**ORDER (i) RECLASSIFYING AND SETTING AMOUNT OF CLAIM NO. 17 HELD BY GENERAL PLUMBING SUPPLY, INC. AND (ii) DETERMINING THAT GENERAL PLUMBING SUPPLY, INC. VOTES IN FAVOR OF THE DEBTOR'S CHAPTER 11 PLAN**

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED.**

_/s/ Rosemary Gambardella_
USBJ

9-24-18

Page 2
Debtor:              Fred A. Ordine Jr.
Case No.:            16-21458-RG
Caption of Order:    Order (i) Reclassifying And Setting Amount Of Claim No. 17 Held By General Plumbing Supply, Inc. And (ii) Determining That General Plumbing Supply, Inc. Votes In Favor Of The Debtor's Chapter 11 Plan

---

THIS MATTER having been opened to the Court upon the filing by Fred A. Ordine Jr., the within Debtor and Debtor-in-Possession ("Debtor"), by and through his counsel, Hook & Fatovich, LLC, his Individual Debtor's Combined Plan Of Reorganization And Disclosure Statement (the "Chapter 11 Plan"), and Creditor General Plumbing Supply, Inc. (the "Creditor") by and through its counsel, Turner Law Firm, LLC, having filed a Proof of Claim, listed as Claim No. 17, in the amount of $13,199.06, as a secured claim based upon a pre-petition judgment against the Debtor; and the Debtor's Chapter 11 Plan treating the Creditor's claim as unsecured; and the parties seeking to resolve the issues of classification and amount of the Creditor's claim and avoid unnecessary litigation; and good cause appearing for the entry of this Order; it is hereby

ORDERED that the Creditor's Proof of Claim, filed as Claim No. 17 on the Bankruptcy Court's Claims Register, shall be reclassified and treated as a Class 5 General Unsecured Claim entitled to share pro-rata in the sum of $5,000.00 provided for unsecured claims in the Debtor's Chapter 11 Plan; and it is further

ORDERED that third party Comfort Pro Heating and Air Conditioning, Inc. shall pay the Creditor the sum of $2,500.00 within forty-five days of the Effective Date of the Chapter 11 Plan; and it is further

ORDERED that the Creditor as an impaired Class 5 Creditor, votes in favor of confirmation of the Debtor's Chapter 11 Plan; and it is further

2

Page 3
Debtor:           Fred A. Ordine Jr.
Case No.:         16-21458-RG
Caption of Order: Order (i) Reclassifying And Setting Amount Of Claim No. 17 Held By General Plumbing Supply, Inc. And (ii) Determining That General Plumbing Supply, Inc. Votes In Favor Of The Debtor's Chapter 11 Plan

**ORDERED** that after the Creditor receives the payments listed *supra*, it shall issue and record the appropriate Warrant of Satisfaction and/or Discharge of Judgment Lien as to its pre-petition judgment under Docket No. DJ-060064-16.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER.

TURNER LAW FIRM, LLC
Attorneys for Creditor

BY: _____
ANDREW R. TURNER
Dated: August 8, 2018

HOOK & FATOVICH, LLC
Debtor Fred A. Ordine, Jr.

BY: _____
MILICA A. FATOVICH
Dated: August 21, 2018

3

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 16-21458-RG
Fred A. Ordine, Jr.                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1              Date Rcvd: Sep 24, 2018
                              Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty            +Hook & Fatovich. LLC,   1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Andrew R. Turner    on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net
              Andrew R. Turner    on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Mediator    Anthony Sodono III Esq. asodono@trenklawfirm.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
              John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com
              John J. Roberts    on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com
              Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 18