**HOOK & FATOVICH, LLC**
1044 Route 23 North, Suite 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Counsel for Debtor-in-Possession
**ILISSA CHURGIN HOOK, ESQ.**
**MILICA A. FATOVICH, ESQ.**

Order Filed on October 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>Fred A. Ordine Jr.,<br><br>Debtor-in-Possession. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY CHAPTER 11<br><br>Case No.: 16-21458-RG<br><br>Hon. Rosemary Gambardella, U.S.B.J.<br><br>Hearing Date: September 11, 2018 at 11:00 a.m. |

**ORDER RESOLVING CREDITOR WELLS FARGO OBJECTION TO CONFIRMATION AND VOTING IN FAVOR OF CHAPTER 11 PLAN**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 16, 2018**

_____
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Fred A. Ordine Jr.
Case No.: 16-21458-RG
Caption of Order: Order Resolving Creditor Wells Fargo Objection To Confirmation And Voting In Favor Of Chapter 11 Plan

---

THIS MATTER having been opened to the Court upon the filing by Fred A. Ordine Jr., the within Debtor and Debtor-in-Possession ("Debtor"), by and through his counsel, Hook & Fatovich, LLC, of his Individual Debtor's Combined Plan Of Reorganization And Disclosure Statement (the "Chapter 11 Plan"), and Secured Creditor, Wells Fargo Bank, N.A. ("Wells Fargo") the holder of a Mortgage on Debtor's real property located at 33 Jenkins Road, Hewitt, NJ 07421, through its counsel Shapiro & DeNardo, LLC, by way of an Objection to the confirmation of Debtor's Chapter 11 Plan, and this Court having considered the representations of attorneys for the Debtor and Wells; and good cause appearing for the entry of this Order; it is

**ORDERED** that the Wells Fargo's Objection to confirmation is hereby resolved; and

**ORDERED** that Wells Fargo shall re-apply the Debtor's June 2016 mortgage payment, which is currently included in Wells Fargo's Proof of Claim, to the June 2016 mortgage contractual payment; and it is further

**ORDERED** that Wells Fargo's Proof of Claim, listed as Claim No. 13, shall be amended from pre-petition arrears of $ 3,920.61 to $643.03, consisting of an escrow shortage of $543.03 and an NFS charge of $20.00; and it is further

**ORDERED** that Wells Fargo shall have forty-five (45) days from entry of the within Order to file an Amended POC to reflect this change; and it is further

**ORDERED** that Wells Fargo, as the impaired Class 1 Creditor, votes in favor of confirmation of the Debtor's Chapter 11 Plan.