**HOOK & FATOVICH, LLC**
1044 Route 23 North, Suite 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Counsel for Debtor-in-Possession
**ILISSA CHURGIN HOOK, ESQ.**
**MILICA A. FATOVICH, ESQ.**

Order Filed on October 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>Fred A. Ordine Jr.,<br><br>           Debtor-in-Possession. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>CHAPTER 11<br><br>Case No.: 16-21458-RG<br><br>Hon. Rosemary Gambardella, U.S.B.J.<br><br>Hearing Date: September 11, 2018 at 11:00 a.m. |
|---|---|

### ORDER RESOLVING CREDITOR WELLS FARGO OBJECTION TO CONFIRMATION AND VOTING IN FAVOR OF CHAPTER 11 PLAN

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 16, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Certificate of Notice    Page 2 of 3

Page 2
Debtor:             Fred A. Ordine Jr.
Case No.:           16-21458-RG
Caption of Order:   Order Resolving Creditor Wells Fargo Objection To
                    Confirmation And Voting In Favor Of Chapter 11 Plan

---

THIS MATTER having been opened to the Court upon the filing by Fred A. Ordine Jr., the within Debtor and Debtor-in-Possession ("Debtor"), by and through his counsel, Hook & Fatovich, LLC, of his Individual Debtor's Combined Plan Of Reorganization And Disclosure Statement (the "Chapter 11 Plan"), and Secured Creditor, Wells Fargo Bank, N.A. ("Wells Fargo") the holder of a Mortgage on Debtor's real property located at 33 Jenkins Road, Hewitt, NJ 07421, through its counsel Shapiro & DeNardo, LLC, by way of an Objection to the confirmation of Debtor's Chapter 11 Plan, and this Court having considered the representations of attorneys for the Debtor and Wells; and good cause appearing for the entry of this Order; it is

**ORDERED** that the Wells Fargo's Objection to confirmation is hereby resolved; and

**ORDERED** that Wells Fargo shall re-apply the Debtor's June 2016 mortgage payment, which is currently included in Wells Fargo's Proof of Claim, to the June 2016 mortgage contractual payment; and it is further

**ORDERED** that Wells Fargo's Proof of Claim, listed as Claim No. 13, shall be amended from pre-petition arrears of $ 3,920.61 to $643.03, consisting of an escrow shortage of $543.03 and an NFS charge of $20.00; and it is further

**ORDERED** that Wells Fargo shall have forty-five (45) days from entry of the within Order to file an Amended POC to reflect this change; and it is further

**ORDERED** that Wells Fargo, as the impaired Class 1 Creditor, votes in favor of confirmation of the Debtor's Chapter 11 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Fred A. Ordine, Jr.  
    Debtor

Case No. 16-21458-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 17, 2018  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.
```
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,   Hewitt, NJ 07421-1148
aty            +Hook & Fatovich. LLC,    1044 Route 23 North,   Suite 204,   Wayne, NJ 07470-6685
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:
```
          Andrew R. Turner    on behalf of Creditor   Crosstown Plumbing courts@turnerlaw.net
          Andrew R. Turner    on behalf of Creditor   General Plumbing Supply, Inc. courts@turnerlaw.net
          Anthony Sodono, III    on behalf of Mediator   Anthony Sodono III Esq. asodono@msbnj.com
          Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, N.A. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
           jschwartz@mesterschwartz.com
          John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
          John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com
          John J. Roberts    on behalf of Plaintiff   Priority Mechanical Inc. roberts@af-lawfirm.com
          Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
           fyablonsky@hookandfatovich.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 18
```