UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                  :       Case No.:    16-21458
Fred A. Ordine, Jr.                                              :
                                                                              :       Adv. No.: _____
                                                                              :
                                                                              :       Judge:    Michael B. Kaplan
          Debtor (s),                                               :
_____         :       Chapter:           11

# NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable     Michael B. Kaplan    , United States Bankruptcy Judge.

**Reason for Hearing:**    CONFIRMATION HEARING

**Location of Hearing:**    Courtroom No.   8
                                                      US Bankruptcy Court
                                                      402 East State Street
                                                      Trenton, NJ  08608

**Date and Time:**    March 28, 2019 at 11:00 a.m.  ,
****PLEASE NOTE ALL PARTIES MAY APPEAR BY COURT SOLUTIONS****
@ www.court-solutions.com

COURT APPEARANCES:    ____ ARE REQUIRED    _✓_ ARE NOT REQUIRED

DATED:    March 22, 2019                    JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  March 22, 2019  the foregoing notice was served on the following:    Debtor, Debtor's Attorney, Trustee and US Trustee.

JEANNE A. NAUGHTON, Clerk