Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−21458−RG
                        Chapter: 11
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred A. Ordine Jr.
   33 Jenkins Road
   Hewitt, NJ 07421

Social Security No.:
   xxx−xx−7781

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on May 1, 2019.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(b).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: May 3, 2019
JAN: jf

                                                 Jeanne Naughton
                                                 Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 16-21458-RG
Fred A. Ordine, Jr.                                         Chapter 11
        Debtor                 CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 3         Date Rcvd: May 03, 2019
                              Form ID: 147              Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty            +Hook & Fatovich, LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
acc            +Ernest P. DeMarco & Associates, LLC,     533 Lafayett Avenue,    Hawthorne, NJ 07506-2424
cr             +General Plumbing Supply, Inc.,     980 New Durham Road,    Edison, NJ 08817-2274
acc            #+Zarrow, Mach, Kaplan & Kein P.A.,     22-08 Route 208 South,    Fairlawn, NJ 07410-2609
516230805      +ADE Systems,    2500 Main St. Ext.,    Sayreville, NJ 08872-1473
516230806      +ADT,   C/o Transworld Systems, Inc.,     802 East Martintown Road, Ste 201,
                 North Augusta, SC 29841-5352
516230807      +AGL Welding,    600 Route 46,    Clifton, NJ 07013-1598
516230804      +Aaron & Company,    1 Union Avenue,    Brielle, NJ 08730-1811
516230808      +All City Metal,    54-35 46th St,,   Maspeth, NY 11378-1035
516347237       American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516323378       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516230809      +American Industrial Supply Corporation,     C/o McOmber & McOmber, PC,
                 Attn. Christian v. McOmber, Esq.,     54 Shrewsbury Ave,    Tinton Falls, NJ 07701-1176
516230810      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516230811      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516230813      +CE Northeast,    241 Clinton Road,    West Caldwell, NJ 07006-6603
516230814      +Charles F Connolly,    241 Clinton Road,    Caldwell, NJ 07006-6603
516230815      +Crosstown Plumbing Supply Inc.,     C/o Turner Law Firm, LLC,    76 South Orange Ave,
                 P.O. Box 526,    South Orange, NJ 07079-0526
516230816       DASCO,    99 E 5th Street,    Paterson, NJ 07524
516230817      +Desire Reding,    36 Our Lane,    Murphy, NC 28906-3918
516230818      +Dolan Traynor,    32 Riverview Dr,,   Wayne, NJ 07470-3102
516230821      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,     Po Box 62180,    Colorado Springs, CO 80962)
516230819      +Ferguson Enterprises,    PO Box 2778,    12500 Jefferson Avenue,    Newport News, VA 23602-4314
516230823      +General Plumbing Supply Inc.,     C/o Turner Law Firm LLC,    76 South Orange Ave,    P.O. Box 526,
                 South Orange, NJ 07079-0526
516230826      +HVAC Wholesale Direct,    2655 Ulmerton Rd, Ste #221,    Clearwater, FL 33762-3337
516253223      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516230827      +Lucy Peak,    3333 East Dorchester Drive,    Palm Harbor, FL 34684-2357
516230831      +MWSK Equipment,    350 7th Ave. Suite 1501,    New York, NY 10001-1935
516230828      +Midtown Lumber,    276 W 25th St,    New York, NY 10001-7383
516230829      +Montclair Supply,    99 Maple Ave,    Montclair, NJ 07042-4503
516230830      +Muller & Muller,    Attorneys At Law,    15 West Main Street,    P.O. Box 164,
                 Bergenfield, NJ 07621-0164
516230833      +Nutley Heating and Cooling Supply Compan,     50 Page Road,    Clifton, NJ 07012-1421
516230834      #+Palace Plumbing & Heating Supply,     13 W 24th St,,   New York, NY 10010-3208
516230835      +Pompton Plumbing and Heating Supply,     11 Hamburg Turnpike,    Riverdale, NJ 07457-1111
516230836      +Prime Building and Maintenance Supply,     436 Ferry St,    Newark, NJ 07105-3929
516230837      +Priority Mechanical,    C/o Lynn Muller, Esq.,    Muller & Muller,    15 West Main Street,
                 Bergenfield, NJ 07621-2130
516449914      +Priority Mechanical, Inc.,    c/o John Roberts, Esq.,    Arseneault & Fassett, LLP,
                 560 Main Street,    Chatham, NJ 07928-2119
516258689      +Professional Solutions Financial Services,     14001 University Ave,    Clive, IA 50325-8258
516230840       REMITCO Card Services,    Lock Box 913337,    2070 Cabot Blvd West,    Langhorne, PA 19047
516230838      +Randolph Daniel,    C/o Spector & Ehrenworth, P.C.,    30 Columbia Tpke, Ste. 202,
                 Florham Park, NJ 07932-2253
516449913      +Randolph S. Daniel,    c/o John Roberts, Esq.,    Arseneault & Fassett, LLP,    560 Main Street,
                 Chatham, NJ 07928-2119
516230841       Sid Harvey Industries,    319 Richard Mine Rd,    Wharton, NJ 07885
517407500      +Stefan Cutrupi,    52 Manchester Road,    Eastchester, NY 10709-1306
517407501      +Stefan Cutrupi,    52 Manchester Road,    Eastchester, NY 10709,   Stefan Cutrupi,
                 52 Manchester Road,    Eastchester, NY 10709-1306
516230842      +TD Auto Finance LLC,    27777 Inkster Road,    Farmington, MI 48334-5326
516230843      +TD Auto Financial,    Td Auto Finance,    Po Box 551080,    Jacksonville, FL 32255-1080
516230844      +W.A. Birdsall & Co.,    C/o Ronald J. Nelson, Esq., P.C.,    Washington Valley Office Park,
                 161 Washington Valley Road, Ste 207,    Warren, NJ 07059-7177
516230848      +WEX Inc,    Corporate Office,    225 Gorham Road,    South Portland, ME 04106-2408
516230845      +Wallington Plumbing Supply,    116 Wallington Ave,    Wallington, NJ 07057-1193
516358335       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
516230846      +Wells Fargo Home Mtg,    Written Correspondence Resolutions,    Mac#X2302-04e Po Box 10335,
                 Des Moines, IA 50306-0335
516230847      +West Side Plumbing Supply Co I,    C/o Turner Law Firm, LLC,    76 South Orange Ave,
                 P.O. Box 526,    South Orange, NJ 07079-0526
```

```
District/off: 0312-2          User: admin              Page 2 of 3                Date Rcvd: May 03, 2019
                              Form ID: 147             Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: rjnelsonesq@verizon.net May 03 2019 22:52:26     Ronald J. Nelson,
                 Washington Valley Office Park,    161 Washington Valley Rd, Suite 207,   Warren, NJ 07059-7177
smg             E-mail/Text: cio.bncmail@irs.gov May 03 2019 22:51:48     Dist Dir of IRS,
                 Insolvency Function,   PO Box 724,   Springfield, NJ   07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 22:52:01     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 22:51:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516230803      +E-mail/Text: jstoner@aosmith.com May 03 2019 22:51:56     A O Smith,   Corporate Headquarters,
                 11270 West Park Place, Suite 170,    P. O. Box 245008,   Milwaukee, WI 53224-9508
516241554      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 03 2019 22:59:50
                 BMW Bank of North America,    4515 N Santa Fe Ave, Dept APS,   Oklahoma City, OK 73118-7901
517708781       E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 03 2019 22:59:40
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin OH 43016, OH  43016
516339123       E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 03 2019 22:59:40
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
516230812       E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 03 2019 22:59:30     Bmw Financial Services,
                 Attn: Bankruptcy Department,   Po Box 3608,   Dublin, OH 43016
516230820       E-mail/Text: fnb.bk@fnfg.com May 03 2019 22:52:07     First Niagara Bank,   6950 S Transit Rd,
                 Lockport, NY 14094
516230822       E-mail/Text: kmorgan@morganlaw.com May 03 2019 22:52:16     Ford Motor Credit Company,
                 C/o Morgan, Bornstein & Morgan,    1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3269
516230824      +E-mail/Text: scd_bankruptcynotices@grainger.com May 03 2019 22:52:00     Grainger,
                 277 Route 46,   Fairfield, NJ 07004-2415
516230825      +E-mail/Text: bankruptcy.notices@hdfsi.com May 03 2019 22:52:11     Harley Davidson Financial,
                 Attention: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
516230832      +E-mail/Text: jquick@ncmic.com May 03 2019 22:51:49     NCMIC Finance Corporation,
                 14001 University Ave,   Clive, IA 50325-8273
                                                                                                TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516230839      Randolph Daniel
aty*          +Hook & Fatovich. LLC,   1044 Route 23 North,   Suite 204,   Wayne, NJ 07470-6685
cr*           +Stefan Cutrupi,   52 Manchester Road,   Eastchester, NY 10709-1306
516246294*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,   Dept. 55953,   P O Box 55000,
                 Detroit  MI, 48255-0953)
516253226*    +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
516346409*    +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
516239429*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                      TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin                Page 3 of 3                  Date Rcvd: May 03, 2019
                               Form ID: 147               Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:

```
              Andrew R. Turner    on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net
              Andrew R. Turner    on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Mediator    Anthony Sodono III Esq. asodono@msbnj.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Ilissa  Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com
              John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
              John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com
              Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 18
```