UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 204
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Counsel for the Debtor-in-Possession
ILISSA CHURGIN HOOK, ESQ.
MILICA A. FATOVICH, ESQ.

In Re:

FRED A. ORDINE, JR.,

      Debtor-in-Possession.

**FILED**
JEANNE A. NAUGHTON, CLERK

AUG 29 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.:  16-21458-RG

Hearing Date: August 6, 2019 at 2:00pm

Judge:  Hon. Vincent F. Papalia

Chapter:  11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

August 29, 2019

/s/ Vincent F. Papalia
Vincent F. Papalia, U.S.B.J.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Ernest P. DeMarco & Associates, LLC Accountants for the Debtor-in-Possession | Final Period: $5,910.00 | $0.00 |

*rev.8/1/15*