| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br> HOOK & FATOVICH, LLC <br> 1044 Route 23 North, Suite 204 <br> Wayne, New Jersey 07470 <br> Tel.: 973.686.3800 <br> Fax: 973.686.3801 <br> Counsel for the Debtor-in-Possession <br> ILISSA CHURGIN HOOK, ESQ. <br> MILICA A. FATOVICH, ESQ. | FILED <br> JEANNE A. NAUGHTON, CLERK <br> AUG 29 2019 <br> U.S. BANKRUPTCY COURT <br> NEWARK, N.J. <br> BY _____ DEPUTY |
|---|---|
| In Re: <br><br> FRED A. ORDINE, JR., <br><br>                             Debtor-in-Possession. | Case No.:     16-21458-RG <br><br> Hearing Date:     August 6, 2019 at 2:00pm <br><br> Judge:     Hon. Vincent F. Papalia <br><br> Chapter:     11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

August 29, 2019

*/s/ Vincent F. Papalia*
Vincent F. Papalia, U.S.B.J

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Ernest P. DeMarco & Associates, LLC Accountants for the Debtor-in-Possession | Final Period: $5,910.00 | $0.00 |

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-21458-RG
Fred A. Ordine, Jr.                                                           Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 29, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty            +Hook & Fatovich. LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
              Andrew R. Turner    on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net
              Andrew R. Turner    on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Mediator    Anthony Sodono III Esq. asodono@msbnj.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George M. Pangis    on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis    on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Ilissa Churgin Hook    on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Ilissa Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
              John J. Roberts    on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com
              John J. Roberts    on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com
              Milica A. Fatovich    on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich    on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 18