**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Fred A. Ordine Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7781<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–21458–RG | |

# Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Fred A. Ordine Jr.

9/13/19                                        **By the court:** Rosemary Gambardella
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 16-21458-RG
Fred A. Ordine, Jr.                                                       Chapter 11
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 3                  Date Rcvd: Sep 13, 2019
                              Form ID: 3180RI             Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db             +Fred A. Ordine, Jr.,    33 Jenkins Road,    Hewitt, NJ 07421-1148
aty           #+Hook & Fatovich, LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
acc            +Ernest P. DeMarco & Associates, LLC,    533 Lafayett Avenue,    Hawthorne, NJ 07506-2424
cr             +General Plumbing Supply, Inc.,    980 New Durham Road,    Edison, NJ 08817-2274
516230805      +ADE Systems,    2500 Main St. Ext.,    Sayreville, NJ 08872-1473
516230806      +ADT,   C/o Transworld Systems, Inc.,     802 East Martintown Road, Ste 201,
                 North Augusta, SC 29841-5352
516230807      +AGL Welding,    600 Route 46,    Clifton, NJ 07013-1598
516230804      +Aaron & Company,    1 Union Avenue,    Brielle, NJ 08730-1811
516230808      +All City Metal,    54-35 46th St,,    Maspeth, NY 11378-1035
516230809      +American Industrial Supply Corporation,     C/o McOmber & McOmber, PC,
                 Attn. Christian v. McOmber, Esq.,    54 Shrewsbury Ave,    Tinton Falls, NJ 07701-1176
516230813      +CE Northeast,    241 Clinton Road,    West Caldwell, NJ 07006-6603
516230814      +Charles F Connolly,    241 Clinton Road,    Caldwell, NJ 07006-6603
516230815      +Crosstown Plumbing Supply Inc.,    C/o Turner Law Firm, LLC,    76 South Orange Ave,
                 P.O. Box 526,    South Orange, NJ 07079-0526
516230816       DASCO,   99 E 5th Street,    Paterson, NJ 07524
516230817      +Desire Reding,    36 Our Lane,    Murphy, NC 28906-3918
516230818      +Dolan Traynor,    32 Riverview Dr,,    Wayne, NJ 07470-3102
516230819      +Ferguson Enterprises,    PO Box 2778,    12500 Jefferson Avenue,    Newport News, VA 23602-4314
516230823      +General Plumbing Supply Inc.,    C/o Turner Law Firm LLC,    76 South Orange Ave,    P.O. Box 526,
                 South Orange, NJ 07079-0526
516230826      +HVAC Wholesale Direct,    2655 Ulmerton Rd, Ste #221,    Clearwater, FL 33762-3337
516253223      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516230827      +Lucy Peak,    3333 East Dorchester Drive,    Palm Harbor, FL 34684-2357
516230831      +MWSK Equipment,    350 7th Ave. Suite 1501,    New York, NY 10001-1935
516230828      +Midtown Lumber,    276 W 25th St,    New York, NY 10001-7383
516230829      +Montclair Supply,    99 Maple Ave,    Montclair, NJ 07042-4503
516230830      +Muller & Muller,    Attorneys At Law,    15 West Main Street,    P.O. Box 164,
                 Bergenfield, NJ 07621-0164
516230833      +Nutley Heating and Cooling Supply Compan,     50 Page Road,    Clifton, NJ 07012-1421
516230834     #+Palace Plumbing & Heating Supply,    13 W 24th St,,    New York, NY 10010-3208
516230835      +Pompton Plumbing and Heating Supply,    11 Hamburg Turnpike,    Riverdale, NJ 07457-1111
516230836      +Prime Building and Maintenance Supply,     436 Ferry St,    Newark, NJ 07105-3929
516230837      +Priority Mechanical,    C/o Lynn Muller, Esq.,    Muller & Muller,    15 West Main Street,
                 Bergenfield, NJ 07621-2130
516449914      +Priority Mechanical, Inc.,    c/o John Roberts, Esq.,    Arseneault & Fassett, LLP,
                 560 Main Street,    Chatham, NJ 07928-2119
516258689      +Professional Solutions Financial Services,     14001 University Ave,    Clive, IA 50325-8258
516230840       REMITCO Card Services,    Lock Box 913337,    2070 Cabot Blvd West,    Langhorne, PA 19047
516230838      +Randolph Daniel,    C/o Spector & Ehrenworth, P.C.,    30 Columbia Tpke, Ste. 202,
                 Florham Park, NJ 07932-2253
516449913      +Randolph S. Daniel,    c/o John Roberts, Esq.,    Arseneault & Fassett, LLP,    560 Main Street,
                 Chatham, NJ 07928-2119
516230841       Sid Harvey Industries,    319 Richard Mine Rd,    Wharton, NJ 07885
517407500      +Stefan Cutrupi,    52 Manchester Road,    Eastchester, NY 10709-1306
517407501      +Stefan Cutrupi,    52 Manchester Road,    Eastchester, NY 10709,    Stefan Cutrupi,
                 52 Manchester Road,    Eastchester, NY 10709-1306
516230844      +W.A. Birdsall & Co.,    C/o Ronald J. Nelson, Esq., P.C.,    Washington Valley Office Park,
                 161 Washington Valley Road, Ste 207,    Warren, NJ 07059-7177
516230848      +WEX Inc,   Corporate Office,    225 Gorham Road,    South Portland, ME 04106-2408
516230845      +Wallington Plumbing Supply,    116 Wallington Ave,    Wallington, NJ 07057-1193
516230847      +West Side Plumbing Supply Co I,    C/o Turner Law Firm, LLC,    76 South Orange Ave,
                 P.O. Box 526,    South Orange, NJ 07079-0526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: rjnelsonesq@verizon.net Sep 14 2019 00:38:24      Ronald J. Nelson,
                 Washington Valley Office Park,    161 Washington Valley Rd, Suite 207,    Warren, NJ 07059-7177
smg             EDI: IRS.COM Sep 14 2019 04:08:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                 Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516230803      +E-mail/Text: jstoner@aosmith.com Sep 14 2019 00:36:59      A O Smith,    Corporate Headquarters,
                 11270 West Park Place, Suite 170,    P. O. Box 245008,    Milwaukee, WI 53224-9508
516347237       EDI: BECKLEE.COM Sep 14 2019 04:08:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
516323378       EDI: BECKLEE.COM Sep 14 2019 04:08:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516230810      +EDI: AMEREXPR.COM Sep 14 2019 04:08:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
```

```
District/off: 0312-2          User: admin               Page 2 of 3              Date Rcvd: Sep 13, 2019
                              Form ID: 3180RI           Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516241554        +EDI: AISACG.COM Sep 14 2019 04:08:00      BMW Bank of North America,
                  4515 N Santa Fe Ave, Dept APS,    Oklahoma City, OK 73118-7901
517708781         EDI: BMW.COM Sep 14 2019 04:08:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                  Dublin OH 43016,    OH  43016
516339123         EDI: BMW.COM Sep 14 2019 04:08:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                  Dublin, OH 43016
516230812         EDI: BMW.COM Sep 14 2019 04:08:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                  Po Box 3608,   Dublin, OH 43016
516230811        +EDI: TSYS2.COM Sep 14 2019 04:08:00      Barclays Bank Delaware,    Po Box 8801,
                  Wilmington, DE 19899-8801
516230820         E-mail/Text: fnb.bk@fnfg.com Sep 14 2019 00:37:36       First Niagara Bank,   6950 S Transit Rd,
                  Lockport, NY 14094
516230821         EDI: FORD.COM Sep 14 2019 04:08:00      Ford Motor Credit,    Po Box 62180,
                  Colorado Springs, CO 80962
516246294         EDI: FORD.COM Sep 14 2019 04:08:00      Ford Motor Credit Company LLC,    Dept.  55953,
                  P O Box 55000,    Detroit MI, 48255-0953
516230822         E-mail/Text: kmorgan@morganlaw.com Sep 14 2019 00:37:57       Ford Motor Credit Company,
                  C/o Morgan, Bornstein & Morgan,    1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3269
516230824        +E-mail/Text: scd_bankruptcynotices@grainger.com Sep 14 2019 00:37:08        Grainger,
                  277 Route 46,    Fairfield, NJ 07004-2415
516230825        +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 14 2019 00:37:51        Harley Davidson Financial,
                  Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
516230832        +E-mail/Text: jquick@ncmic.com Sep 14 2019 00:36:45       NCMIC Finance Corporation,
                  14001 University Ave,    Clive, IA 50325-8273
516230842        +EDI: CHRYSLER.COM Sep 14 2019 04:08:00      TD Auto Finance LLC,    27777 Inkster Road,
                  Farmington, MI 48334-5326
516230843        +EDI: CHRYSLER.COM Sep 14 2019 04:08:00      TD Auto Financial,    Td Auto Finance,
                  Po Box 551080,    Jacksonville, FL 32255-1080
516358335         EDI: WFFC.COM Sep 14 2019 04:08:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                  N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516230846        +EDI: WFFC.COM Sep 14 2019 04:08:00      Wells Fargo Home Mtg,
                  Written Correspondence Resolutions,    Mac#X2302-04e Po Box 10335,    Des Moines, IA 50306-0335
                                                                                                TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516230839         Randolph Daniel
aty*             +Hook & Fatovich. LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
cr*              +Stefan Cutrupi,    52 Manchester Road,    Eastchester, NY 10709-1306
516253226*       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516346409*       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516239429*       +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
acc            ##+Zarrow, Mach, Kaplan & Kein P.A.,     22-08 Route 208 South,    Fairlawn, NJ 07410-2609
                                                                                         TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-2          User: admin              Page 3 of 3                  Date Rcvd: Sep 13, 2019
                              Form ID: 3180RI          Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:

```
              Andrew R. Turner     on behalf of Creditor    Crosstown Plumbing courts@turnerlaw.net
              Andrew R. Turner     on behalf of Creditor    General Plumbing Supply, Inc. courts@turnerlaw.net
              Anthony Sodono, III     on behalf of Mediator    Anthony Sodono III Esq. asodono@msbnj.com
              Charles G. Wohlrab     on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon     on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George M. Pangis     on behalf of Defendant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis     on behalf of Counter-Claimant Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              George M. Pangis     on behalf of Debtor Fred A. Ordine, Jr. gpangis@pangislaw.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Ilissa  Churgin Hook     on behalf of Debtor Fred A. Ordine, Jr. ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Ilissa  Churgin Hook     on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Jason Brett Schwartz     on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              John J. Roberts     on behalf of Plaintiff    Priority Mechanical Inc. roberts@af-lawfirm.com
              John J. Roberts     on behalf of Plaintiff Randolph S. Daniel roberts@af-lawfirm.com
              John J. Roberts     on behalf of Counter-Defendant Randolph S. Daniel roberts@af-lawfirm.com
              Milica A. Fatovich     on behalf of Attorney    Hook & Fatovich, LLC mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich     on behalf of Debtor Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Milica A. Fatovich     on behalf of Defendant Fred A. Ordine, Jr. mfatovich@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 18
```